Mark L. Block (SBN 115457)
mblock@wargofrench.com
Jeffrey N. Williams (SBN 274008)
jwilliams@wargofrench.com
WARGO & FRENCH LLP
1888 Century Park East, Suite 1520
Los Angeles, CA  90067
Telephone: 310-853-6300
Facsimile: 310-853-3333

Attorneys for Defendants
JPMorgan Chase Bank, N.A., as acquirer (*erroneously sued as "JP Morgan Chase Bank, National Association")*; JPMorgan Chase and Company (*erroneously sued as "JP Morgan Chase and Company"*); JPMorgan Securities, LLC (*erroneously sued as "JP Morgan Securities, LLC"*); EMC Mortgage LLC; and The Bear Stearns Companies, LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISON

| | |
|---|---|
| ILEANA SPIZZIRRI,<br><br>   Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, NATIONAL ASSOCIATION; JP MORGAN CHASE AND COMPANY; JP MORGAN SECURITIES, LLC; EMC MORTGAGE, LLC; THE BEAR STEARNS COMPANIES, LLC.<br><br>   Defendants. | Case No.  SACV12-00311 JVS (RNBx)<br><br>**DEFENDANTS' AMENDED NOTICE OF MOTION TO DISMISS THIRD AMENDED COMPLAINT PURSUANT TO FRCP 12B(6)**<br><br><u>Previous hearing date:</u><br>Date:   October 1, 2012<br>Time:   1:30 p.m.<br>Courtroom: 10C<br><br><u>New hearing date:</u><br>Date:   October 15, 2012<br>Time:   1:30 p.m.<br>Courtroom: 10C<br><br>[Request for Judicial Notice filed July 6, 2012]<br><br>Third Amended Complaint Filed:   July 27, 2012<br><br>Hon. James V. Selna |

**TO THE COURT AND TO ALL PARTIES HEREIN:**

PLEASE TAKE NOTICE that Defendants JPMorgan Chase Bank, N.A. (erroneously sued as "JP Morgan Chase Bank, National Association"); JPMorgan Chase and Company (erroneously sued as "JP Morgan Chase and Company"); JPMorgan Securities, LLC (erroneously sued as "JP Morgan Securities, LLC") (collectively, "Chase"); EMC Mortgage LLC ("EMC"); and The Bear Stearns Companies, LLC ("Bear Stearns" and together with EMC and Chase, the "Chase Defendants") hereby take off-calendar their motion to dismiss Plaintiff Ileana Spizzirri's ("Plaintiff")'s Third Amended Complaint, which motion was previously set for October 1, 2012 at 1:30 p.m.

PLEASE ALSO TAKE NOTICE that on **October 15, 2012 at 1:30 p.m.** in Courtroom 10C of the above-captioned Court, located at 411 West Fourth Street, Santa Ana, California 92701, the aforementioned Chase Defendants hereby will, and hereby do, move the Court for an Order dismissing Plaintiff's Third Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted, on the grounds that Plaintiff has failed to plead the essential facts necessary to assert her claims, the claims are barred on their face and/or as a result of evidence that may properly be judicially noticed by the Court.

This Motion is made following the conference of Counsel for the Chase Defendants and Plaintiff pursuant to L.R. 7-3, which took place on August 21, 2012.

//
//
//
//
//
//
//
//

|   |   |
|---|---|
| 1 | This Motion is based upon this Notice of Motion and Motion to Dismiss, the Memorandum of Points and Authorities attached hereto, the Request for Judicial Notice filed in this action on July 6, 2012, the complete file and record in this action, and such further and other matters as the Court may allow. |

Dated:  August 30, 2012

WARGO & FRENCH LLP

By: */s/ Jeff Williams*
    Mark L. Block
    Jeffrey N. Williams

Attorneys for Defendants
JPMorgan Chase Bank, N.A. (*erroneously sued as "JP Morgan Chase Bank, National Association"*); JPMorgan Chase and Company (*erroneously sued as "JP Morgan Chase and Company"*); JPMorgan Securities, LLC (*erroneously sued as "JP Morgan Securities, LLC"*); EMC Mortgage LLC; and The Bear Stearns Companies, LLC

Law Offices
**Wargo & French LLP**
1888 Century Park East, Suite 1520
Los Angeles, CA 90067
Phone: 310-853-6300

# PROOF OF SERVICE

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 1888 Century Park East, Suite 1520, Los Angeles, California 90067.

On August 30, 2012, I served the foregoing document(s) described as **DEFENDANTS' AMENDED NOTICE OF MOTION TO DISMISS THIRD AMENDED COMPLAINT PURSUANT TO FRCP 12B(6)** on the interested parties to this action by delivering a copy thereof in a sealed envelope addressed to each of said interested parties at the following address(es): SEE ATTACHED LIST

☐ **(BY MAIL)** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Los Angeles, California. Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☒ **(BY ELECTRONIC SERVICE)** by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached mailing list.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on August 30, 2012 at Los Angeles, California.

*/s/ Jeff Williams*
Jeffrey N. Williams

Law Offices
**Wargo & French LLP**
1888 Century Park East, Suite 1520
Los Angeles, CA 90067
Phone: 310-853-6300

# SERVICE LIST

George Spizzirri
806 E. Avenida Pico, Ste I-313
San Clemente, CA 92673
*Attorney for Plaintiff*

Law Offices
**Wargo & French LLP**
1888 Century Park East, Suite 1520
Los Angeles, CA 90067
Phone: 310-853-6300

PROOF OF SERVICE